Seth H. Diviney ISB #8866
IDAHO INJURY LAW GROUP
7253 West. Franklin Road.
Boise, Idaho 83709
Email:  seth@idahoinjurylawgroup.com
Phone:  (208) 615-2399
Fax:     (208) 692-5505

Attorney for Plaintiff

**THE HON. LYNN B. WINMILL**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| THE MASTERS GALLERY, LLC,<br><br>               Plaintiff,<br>vs.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, a Connecticut corporation and insurance company,<br><br>               Defendant. | Case No. 1:22-cv-00335-BLW<br><br>**AMENDED COMPLAINT AND DEMAND FOR TRIAL** |

The Plaintiff, The Masters Gallery, LLC, by and through its attorney of record, Seth H. Diviney, complains and alleges against Defendant as follows:

## PARTIES

1. Plaintiff, The Masters Gallery, LLC (hereinafter "Gallery"), was a limited liability company authorized to do business in the State of Idaho until it was administratively dissolved pursuant to Idaho Code § 30-21-601 on December 30, 2019. Pursuant to Idaho Code § 30-21-603, The Masters Gallery, LLC, is in the process of being reinstated as of the date of the administrative dissolution.

2. At all times material hereto Defendant, Travelers Casualty Insurance Company of America

(hereinafter, "Defendant"), was, and is, a Connecticut corporation and insurance company. Plaintiff is informed and believes, and thereon alleges, that Defendant was and is authorized to do business, and was and is actually doing business, in the State of Idaho under a license number 1207.

## JURISDICTION

3. This Court has jurisdiction over this case because Defendant transacted business within this state and/or contracted to insure a person or risk located within the State of Idaho, and the amount justly due exceeds $10,000.00. *Idaho Code* § 5-514.

4. Venue is proper in Ada County because the cause of action arose in Ada County, State of Idaho. *Idaho Code* § 41-1838.

## FACTS

5. Plaintiff restates each and every allegation previously contained herein.

6. On or about June 30, 2019, The Masters Gallery, located at 210 N. 9th Street, Boise, ID 83702, was burglarized.

7. The Masters Gallery suffered losses of artwork and other property as a result of the burglary.

8. Plaintiff's losses are in excess of ten thousand dollars ($10,000.00).

## COUNT ONE

9. Plaintiff restates each and every allegation previously contained herein.

10. At all relevant times there existed an express policy of insurance (hereinafter "the Policy") between Plaintiff and Defendant that obligates Defendant to compensate Plaintiff for damages caused by the June 30, 2019 burglary.

11. Plaintiff complied with the terms of the Policy in that Plaintiffs timely provided a "Proof of Loss" statement to Defendant. The "Proof of Loss" statement was sent to Defendant on or

about October 24, 2019.

12. Plaintiff further complied with all of Defendant's requests during Defendant's investigation.

13. Defendant has not tendered payment pursuant to the terms of the Policy.

14. More than thirty (30) days have passed since the "Proof of Loss" statement was furnished to Defendant. Defendant has failed to pay Plaintiff the amount justly due under the Policy within thirty (30) days after the "Proof of Loss" was provided to Defendant.

## ATTORNEY FEES & PRE-JUDGMENT INTEREST

15. Plaintiff restates each and every allegation previously contained herein.

16. Plaintiff has been compelled to bring this suit to recover the amount(s) justly due under the Policy.

17. Plaintiff is entitled to prejudgment interest on the amount(s) justly due under the Policy at the rate provided in *Idaho Code* § 28-22-104.

18. Plaintiff has been required to retain the law firm of Idaho Injury Law Group, to enforce Plaintiff's rights under the Policy, and Plaintiff asks the Court to award attorney fees and costs pursuant to *Idaho Code* § 41-1839.

## PRAYER

Plaintiff asks this Court to enter a judgment in Plaintiff's favor and against Defendant for:

1. The amount(s) justly due under the Policy;

2. Pre-judgment interest on the amount(s) justly due under the Policy;

3. Attorney's fees and costs incurred in bringing and prosecuting this action; and

4. For such other and further relief as the Court deems just and proper, and to which Plaintiff is entitled under Idaho law.

DATED this 31st day of August, 2022.

                                             /s/ Seth H. Diviney
                                            Seth H. Diviney
                                            Attorney for Plaintiff

**AMENDED COMPLAINT AND DEMAND FOR TRIAL - 4**