UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| THE MASTERS GALLERY, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, a Connecticut corporation and insurance company,<br><br>    Defendant. | Case No.: 1:22-cv-00335-REP<br><br>**ORDER OF DISMISSAL** |

This matter having come before the Court upon the parties' Stipulation of Dismissal With Prejudice (Dkt. 21), pursuant to FRCP 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and the Court being duly advised,

IT IS HEREBY ORDERED that this action is DISMISSED, WITH PREJUDICE, each party to pay its own attorneys' fees and costs.  The Clerk's Office is directed to close the case.

DATED:  April 24, 2023

_____
Honorable Raymond E. Patricco
Chief U.S. Magistrate Judge

**ORDER OF DISMISSAL - 1**